**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Porfirio RODRIGUEZ–FIGUEROA,**
**a.k.a. Porfirio Rodriguez–Figaro,**
**Defendant—Appellant.**

**No. 05–10362.**

United States Court of Appeals,
Ninth Circuit.

April 4, 2007 *.

Filed April 9, 2007.

Bruce M. Ferg, Esq., USTU–Office of the U.S. Attorney, Evo A. DeConcini, U.S.

Courthouse, Tucson, AZ, for Plaintiff-Appellee.

Scott McNamara, Esq., Tucson, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

Appellee's unopposed motion for summary affirmance is granted. *See Morales–Izquierdo v. Gonzales,* 477 F.3d 691 (9th Cir.2007) (*en banc*). The district court's judgment and sentence are

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.